STATE OF NEW JERSEY v. ROOSEVELT DAVIS.

July 12, 1984.

Certification is granted, and the matter is summarily reversed and the matter is remanded to the Appellate Division for consideration of defendant's excessive sentence issue.

Jurisdiction is not retained.

STATE OF NEW JERSEY IN THE INTEREST OF R.K.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. IRENE MILLER.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY MELVINS.

July 12, 1984.

Petition for certification denied.